# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  CLEMENT, EDITH B | 2. Court or Organization  Appeals Court, Active | 3. Date of Report  5/15/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Court Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007  to  12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address  600 CAMP STREET, ROOM 200  NEW ORLEANS, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 15 P 8:24 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 5/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | James Madison Program | May 31 - June 2, 2007 | Princeton, NJ | Participate on a panel | Transportation, lodging and meals. |
| 2. | Foundation for Research on Economics and the Environment (FREE) | July 22-26, 2007 | Gallatin Gateway, MT | Attend a conference/semin | Transportation, lodging and meals. |
| 3. | Geo. Mason University Foundation | October 18-12, 2007 | San Diego, CA | Attend a Colloquium | Transportation, lodging and meals. |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 5/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 5/15/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  J P Morgan Chase (n/c fm Bank One 7/05) | B | Dividend | K | T | | | | | |
| 2.  Rental Property/Residential FMV, New Orleans, LA | E | Rent | N | W | | | | | |
| 3.  AIM Mid Cap Core Equity Fund GTACX | | None | M | T | | | | | |
| 4.  Alliance Bernstein Global Value C ABCGX | A | Dividend | M | T | See VIII. | | | | |
| 5.  Alliance Bernstein Int'l Value Fund C ABICX | D | Dividend | M | T | | | | | |
| 6.  Alliance Int'l Growth Fund Class C AWPCX | D | Dividend | M | T | | | | | |
| 7.  Allianz OCC Renaissance C Renaissance Fund PQNCX | | None | L | T | | | | | |
| 8.  AM Funds Capital Income CIBCX | | None | L | T | buy | 3/21 | L | | |
| 9.  AM Funds Capital World & Inc Fund Class C CWGCX | C | Dividend | M | T | | | | | |
| 10.  American Funds Growth Fund of America Fund GFACX | C | Dividend | L | T | | | | | |
| 11.  American Funds New Prespecive NPFCX | B | Dividend | M | T | | | | | |
| 12.  Bank of America Corp BAC | D | Dividend | M | T | | | | | |
| 13.  Blackrock Income Opportunity, n/c 2002 Black. N.Am Gov't | C | Dividend | K | T | | | | | |
| 14.  BP Amoco PLC ADR | A | Dividend | K | T | | | | | |
| 15.  Chevron Corp, n/c 5/9 fm Chevrontexaco Corp | C | Dividend | M | T | | | | | |
| 16.  Cigna Corp | A | Distribution | L | T | | | | | |
| 17.  CITIGROUP, Inc. | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 5/15/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Colonial Bank | B | Interest | K | T | | | | | |
| 19. Conocophillips | A | Dividend | L | T | | | | | |
| 20. Devon Energy | B | Dividend | M | T | | | | | |
| 21. Diamond Offshore Drilling | A | Dividend | M | T | | | | | |
| 22. Eaton Vance Worldwide Health Sicences Fund Cl C | | None | L | T | | | | | |
| 23. General Electric Co | B | Dividend | L | T | | | | | |
| 24. Goodyear Tire & Rubber | B | Interest | J | T | | | | | |
| 25. Grey Wolf Inc. | | None | J | T | | | | | |
| 26. Hewlett-Packard Co. | A | Dividend | L | T | | | | | |
| 27. Infinity Property & Casualty | A | Dividend | K | T | | | | | |
| 28. Longleaf Partners Fund | A | Dividend | M | T | | | | | |
| 29. Medco Health Solutions, Inc. | | None | J | T | | | | | |
| 30. Morgan Keegan Ideas | A | Dividend | K | T | buy | 6/4 | J | | |
| 31. Motorola Inc. | | None | | | sold | 3/20 | J | A | |
| 32. Occidental Pete Corp | B | Dividend | L | T | | | | | |
| 33. Ocean Energy Inc.,8.25% due 7/1/2018 (bond) | D | Interest | L | T | | | | | |
| 34. Pepsico CAP Res Inc, 4/1/2008 | | None | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G=$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 5/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pepsico CAP Res Inc. 4/1/2011 | | None | J | T | | | | | |
| 36. Pepsico CAP Res Inc, 4/1/2012 | | None | K | T | | | | | |
| 37. PIMCO High Yield Fund CL C | A | Dividend | K | T | | | | | |
| 38. Pride International Inc | | None | K | T | | | | | |
| 39. Principal Class (money market) | A | Dividend | N | T | | | | | |
| 40. Proctor & Gamble Co. | B | Dividend | M | T | | | | | |
| 41. Regions Morgan Keegan Multi-sector Fund RHY | A | Dividend | | | sold | 11/15 | K | A | |
| 42. Regions Morgan Keegan Select High Income Fund Class C | A | Dividend | | | sold | 11/13 | M | A | |
| 43. Regioins Morgan Keegan Select Intermediate Bond Fund Cl C | A | Dividend | | | sold | 11/13 | K | A | |
| 44. Safeco Corp | A | Dividend | K | T | | | | | |
| 45. Snow Capital Opportunity | | None | L | T | | | | | |
| 46. Texas Instruments Inc | A | Dividend | | | sold | 6/11 | J | A | |
| 47. Thornburg Value Fund Class C | A | Dividend | M | T | | | | | |
| 48. U S Bancorp | A | Dividend | | | sold | 3/20 | K | E | |
| 49. Victory Diversified Stock | A | Dividend | M | T | See VIII. | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLEMENT, EDITH B | 5/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Regarding Part VII - Investments and Trusts.

The 12/8/2006 purchase of Alliance Bernstein Global Value C (ABCGX) was inadvertently omitted from my 2006 FDR.

The 1/10/2006 and 2/1/1006 purchases of Victory Diversified Stock were inadvertently omitted from my 2006 FDR.

My amended 2006 Financial Disclosure Report, dated May 14, 2008, reflecting these purchases, is attached.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

5/14/08

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544